ECF CASE

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------

**JOE HAND PROMOTIONS, INC.,**
as Broadcast Licensee of the **September 22, 2007**
**UFC #76** Program,

               Plaintiff,

   -against-

MEHRDAD YAGHOUBI a/k/a MARIO
YAGHOUBI, Individually and as officer, director,
shareholder and/or principal of 183 RESERVE INC.
d/b/a GOLD RUSH RESTAURANT a/k/a 1849
a/k/a 1849 RESTAURANT a/k/a '1849' BAR AND
GRILL a/k/a 1849 RESTAURANT BAR &
PARLOR a/k/a CLUB 1849,

and

183 RESERVE INC. d/b/a GOLD RUSH
RESTAURANT a/k/a 1849 a/k/a 1849
RESTAURANT a/k/a '1849' BAR AND GRILL
a/k/a 1849 RESTAURANT BAR & PARLOR a/k/a
CLUB 1849,

              Defendants.

-------------------------------------------------------------

**RULE 7.1 GENERAL RULES
SOUTHERN DISTRICT**

Civil Action No. 08-cv-02830

      PURSUANT TO RULE 7.1 OF THE GENERAL RULES OF THE SOUTHERN DISTRICT

OF NEW YORK and to enable Judges and Magistrate Judges of the Court to evaluate possible

disqualification or recusal, the undersigned counsel of record for plaintiff, **JOE HAND**

**PROMOTIONS, INC.**, a private (non-governmental) party certifies that the following are corporate

parents, subsidiaries, or affiliates of that Party which are publicly held:

There are no corporate parents, subsidiaries, or affiliates of the plaintiff, **JOE HAND PROMOTIONS, INC.**

Dated: March 11, 2008
          Ellenville, New York

**JOE HAND PROMOTIONS, INC..**

By: /s/Julie Cohen Lonstein
      JULIE COHEN LONSTEIN , ESQ.
      Attorney for Plaintiff
      Bar Roll No. JL8521
      LONSTEIN LAW OFFICE, P.C.
      Office and P.O. Address
      1 Terrace Hill : P.O. Box 351
      Ellenville, NY  12428
      Telephone:  (845) 647-8500
      Facsimile:   (845) 647-6277
      Email: Info@signallaw.com
      *Our File No. 07-13-S01V*