ECF CASE

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

**JOE HAND PROMOTIONS, INC.,**
as Broadcast Licensee of the **September 22, 2007**
**UFC #76** Program,

                              Plaintiff,

     -against-

MEHRDAD YAGHOUBI a/k/a MARIO YAGHOUBI, Individually and as officer, director, shareholder and/or principal of 183 RESERVE INC. d/b/a GOLD RUSH RESTAURANT a/k/a 1849 a/k/a 1849 RESTAURANT a/k/a '1849' BAR AND GRILL a/k/a 1849 RESTAURANT BAR & PARLOR a/k/a CLUB 1849,

and

183 RESERVE INC. d/b/a GOLD RUSH RESTAURANT a/k/a 1849 a/k/a 1849 RESTAURANT a/k/a '1849' BAR AND GRILL a/k/a 1849 RESTAURANT BAR & PARLOR a/k/a CLUB 1849,

                              Defendants.
-----------------------------------------------------------

NOTICE OF SETTLEMENT
AND ADMINISTRATIVE
DISMISSAL

Civil Action No. 08-CV-02830

**PLEASE TAKE NOTICE THAT** Plaintiff **JOE HAND PROMOTIONS, INC.** (hereinafter "Plaintiff"), hereby notifies the Court that it has settled and compromised the within and foregoing action as against the defendant and no party named herein being an infant or incompetent, Plaintiff herewith notifies the Court of the settlement of this action with prejudice.

This is based upon a settlement made between Plaintiff and the above referenced specific Defendants, wherein Defendants will pay a certain consideration over a period of time not to exceed

**June 2, 2008**.  The Clerk's Office, in its discretion, is authorized to administratively close this case due to this settlement.  However, the Plaintiff specifically reserves the right, in the event of any non-payment, to reopen and reinstate its claim against Defendant.  Alternatively, upon completion of the terms of this settlement, Plaintiffs will dismiss their claims against the Defendant pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: April 15, 2008
      Ellenville, New York

**JOE HAND PROMOTIONS, INC.**

By: /s/   Julie Cohen Lonstein
   Julie Cohen Lonstein, Esq.
   LONSTEIN LAW OFFICE, P.C.
   *Attorneys for Plaintiff*
   Office & P.O. Address
   1  Terrace Hill: P.O. Box 351
   Ellenville, New York  12428
   Tel: (845) 647-8500

**SO ORDERED** this ____day of _____, 2008

_____
**HON. GERARD E. LYNCH**
**UNITED STATES DISTRICT JUDGE**